# Third District Court of Appeal

## State of Florida

Opinion filed August 25, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1513
Lower Tribunal No. 20-13381

————————

**Raul E. Roura,**
Appellant,

vs.

**Maydel Rego,**
Appellee.

————————

An Appeal from the Circuit Court for Miami-Dade County, Victoria Ferrer, Judge.

Hoyos-Mejia, P.L., and Sandra Hoyos Mejia, for appellant.

No appearance by appellee Maydel Rego.


Before EMAS, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.